## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MARK HAYASHI,<br><br>              Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY AND<br>CASUALTY COMPANY OF<br>AMERICA,<br><br>              Defendant. | CV 22-00143-BLG-SPW-TJC<br><br><br>ORDER |

Upon the parties' Joint Stipulation of Dismissal (Doc. 26) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, without further cost to any of the parties hereto.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___8th___ day of February, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1